IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD L. HURST;
SHERRY A. HURST; and
COUNTRYWIDE HOME LOANS, INC.; d/b/a America's Wholesale Lender;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 17, 2008.**

    In light of the settlement of this matter on December 28, 2007 [doc #28], Plaintiff's Motion for Sanctions and to Compel Discovery [filed October 4, 2007; doc #21] is **denied as moot**.