IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD L. HURST;
SHERRY A. HURST; and
COUNTRYWIDE HOME LOANS, INC., (d/b/a America's Wholesale Lender),

    Defendants.

## **ORDER**

THIS MATTER is before the Court on the United States' Unopposed Motion for Entry of Two Orders for Final Judgments Against Defendants Howard L. Hurst and Sherry A. Hurst (filed February 5, 2008). The Court, having carefully reviewed the motion and being fully advised in the premises,

ORDERS that the United States' Unopposed Motion for Entry of Two Orders for Final Judgments Against Defendants Howard L. Hurst and Sherry A. Hurst is **GRANTED**. The Two Orders for Final Judgments against Defendants Howard L. Hurst and Sherry A. Hurst are approved and will be filed by the Court.

    Dated: February 7, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge