IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD L. HURST;
SHERRY A. HURST; and
COUNTRYWIDE HOME LOANS, INC., (d/b/a America's Wholesale Lender),

    Defendants.

---

**ORDER FOR FINAL JUDGMENT IN FAVOR OF THE UNITED STATES OF AMERICA AGAINST HOWARD L. HURST AND SHERRY A. HURST**

---

Based on a Stipulation for Entry of Judgment and Settlement Agreement between Defendants Howard L. Hurst and Sherry A. Hurst and Plaintiff, the United States of America,

IT IS ORDERED AND ADJUDGED that:

    1.    Judgment be entered in favor of Plaintiff, United States of America, and against Defendants Howard L. Hurst and Sherry A. Hurst (collectively, the Hursts) for federal income taxes, penalties, interest and costs assessed against the Hursts for the tax years ended 1992, 1993, 1995 and 1996 in the total amount of $113,680.28, calculated as of December 12, 2007, plus interest and statutory additions according to law from December 12, 2007 until the judgment is paid in full; and

2. The parties referred to in paragraph 1 shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO ORDERED.

Dated: February 7, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge