IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

 Plaintiff,

v.

HOWARD L. HURST;
SHERRY A. HURST; and
COUNTRYWIDE HOME LOANS, INC., (d/b/a America's Wholesale Lender),

 Defendants.

---

**ORDER FOR ADDITIONAL FINAL JUDGMENT IN FAVOR OF THE UNITED STATES OF AMERICA AGAINST HOWARD L. HURST AND SHERRY A. HURST**

---

Based on a Stipulation for Entry of Judgment and Settlement Agreement between Defendants Howard L. Hurst and Sherry A. Hurst and Plaintiff, the United States of America,

IT IS ORDERED AND ADJUDGED that:

 1. Judgment be entered in favor of Plaintiff, United States of America, and against Defendant Howard L. Hurst for federal income taxes, penalties, interest and costs assessed against Mr. Hurst, and/or stipulated as owed by Mr. Hurst to the United States, for the tax years ended 1990, 1997, 1999, 2000 and 2002 in the total amount of $79,331.83, calculated as of December 12, 2007, plus interest and statutory additions according to law from December 12, 2007 until the judgment is paid in full; and

2. The parties referred to in paragraph 1 shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO ORDERED.

Dated: February 7, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge